IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARTIN PECANHA TEIXEIRA VAZ, et al,<br><br>Plaintiffs,<br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:25-cv-01151<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Plaintiffs *pro se* filed their Complaint on December 22, 2025.[1] The matter was subsequently referred to the Magistrate Judge pursuant to 29 U.S.C. § 636(b)(1)(B).[2] Defendant Progressive Preferred Insurance Company filed its Motion to Dismiss on February 18, 2026.[3] The Magistrate Judge issued a Report and Recommendation on July 27, 2026.[4] This matter is before the Court for consideration of the Report and Recommendation.

The Magistrate Judge recommends that the Court deny Defendant's Motion to Dismiss without prejudice and grant leave to Plaintiffs to amend their Complaint to address the jurisdictional deficiencies therein. Pursuant to 28 U.S.C. § 636(b)(1)(C), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. Neither party has done so.

[1] Docket No. 1.

[2] Docket No. 6; *see* DUCivR 72-3(b)(1)(A), (d)(2)(A).

[3] Docket No. 10.

[4] Docket No. 17.

Having considered the Report and Recommendation and related briefing, the Court agrees with the Magistrate Judge's findings and recommendation.

Accordingly, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 17) is ADOPTED IN FULL. It is further

ORDERED that Defendant's Motion to Dismiss (Docket No. 10) is DENIED. It is further

ORDERED that Plaintiff file an amended complaint within 20 days of the date of this order.

DATED this 18th day of August, 2026.

BY THE COURT:

Ted Stewart
United States District Judge